# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00586-CV

**Sigma Alpha Epsilon Fraternity, Province Sigma Council of
Sigma Alpha Epsilon Fraternity, James Balandrán, Michael Sophir,
Clark Brown, and John Kovalan, Appellants**

**v.**

**Sigma Alpha Epsilon, Texas Rho Corporation and
Sigma Alpha Epsilon Texas Rho House Corporation, Appellees**

### FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-18-001839, THE HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## MEMORANDUM OPINION

The parties have filed a joint motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2).

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Triana

Dismissed on Joint Motion

Filed: February 6, 2019